No. 97–6775. RODRIGUEZ ORTIZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–6822. HERNANDEZ-JASSO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–6854. GARCIA-TORRES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–7069. FORRETT v. RICHARDSON ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–7202. GONZALEZ ROBLES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–7203. OCHOA OCHOA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–7204. AGUILAR MUNIZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–7218. SALAZAR-NAVARRO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–7241. VARGAS-VILLA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–7250. SAUCEDO-HERNANDEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–7251. BASURTO-GOMEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–7253. RODRIGUEZ-AVILES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–7288. TORRES-SERVIN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–7298. JONES v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–7401. ZANKICH v. GOY. C. A. 9th Cir. Certiorari denied.

No. 97–7578. AYALA-FERNANDEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.